# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

RECEIVED
AUG 10 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

*Case No. 1:05-M-105A*

*To: SIEA AT SUFFOLK*

YOU ARE HEREBY COMMANDED, to have the **body** of **EDUARDO FRANCISCO SIMONCELOS DA SILVA**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **12th** day of **August, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: August 10, 2005.

David A. DiMarzio, Clerk

INITIAL APPEARANCE

*by* ________________
*Jeannine Theall - Deputy Clerk*

****DEFENDANT MUST BE HERE NO LATER THAN 1:00 P.M. TO BE INTERVIEWED BY PRETRIAL SERVICES*****