AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S.

v.

Eduardo Da Silva

## APPEARANCE

Case Number: 1:05M105A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Eduardo Francisco Simmeclos Da Silva

I certify that I am admitted to practice in this court.

8-12-05

Date

[signature]

Signature

Edward C Roy

Print Name | Bar Number

10 WEYBOSSET STREET

Address

PROVIDENCE | RI | 02903

City | State | Zip Code

(401) 528-4281 | (401) 528-4285

Phone Number | Fax Number