AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Edwardo Da Silva

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:05M105A

I, Edwardo Da Silva, charged in a (complaint) (petition) pending in this District with transporting illegal alien in violation of Title 8, U.S.C., 1324(a)(1)(A)(ii) and (a)(1)(B) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
*Defendant*

8-12-05
*Date*

[signature]
*Counsel for Defendant*